558 A.2d 859

In Re BABCOCK & WILCOX and Insurance Co. of North America

v.

WORKMEN'S COMPENSATION APPEAL BOARD (MOORE) (Cleary) (Phillips) (Barrow).

BABCOCK & WILCOX and Pacific Employers Insurance Co.

v.

WORKMEN'S COMPENSATION APPEAL BOARD (OLIVER).

Nos. 11–15, W.D. Appeal Docket 1988.

Supreme Court of Pennsylvania.

March 1, 1989.

## ORDER

PER CURIAM:

AND NOW, this 1st day of March, 1989, the Motion for Reargument is denied.

McDERMOTT and ZAPPALA, JJ., dissent.